**IN THE UNITED STATES COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NILSA LEON, | | : CIVIL ACTION |
| | | : |
| | Plaintiff | : No: _____ |
| v. | | : |
| | | : |
| SAFECO INSURANCE, | | : |
| | | : |
| | Defendant | : |

**<u>NOTICE OF REMOVAL</u>**

**TO: CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Defendant, American States Insurance Company, (incorrectly identified as Safeco Insurance and hereinafter referred to as "American States" or "Defendant") by its attorneys, Marshall Dennehey, P.C. hereby gives notice of the removal of this civil action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446(b), and in support thereof, states the following:

1. Plaintiff commenced this action by Complaint in the Court of Common Pleas of Philadelphia County, Pennsylvania, at docket no. 260303015. A copy of the Complaint is attached and marked as Exhibit 1.

2. According to the Complaint, Plaintiff is a citizen of the Commonwealth of Pennsylvania and resides at 413 Chestnut Street, Reading, Pennsylvania. (Exhibit 1, at ¶ 1).

3. Defendant, American States Insurance Company[1], is a company organized under the laws of the State of Indiana and for federal court jurisdiction/diversity of citizenship disclosure purposes, its principal place of business is located at 350 East 96th Street, Indianapolis, Indiana  46240.

4. In her Complaint, Plaintiff contends that she sustained damages as a result of a motor vehicle accident involving an alleged underinsured motorist which occurred on or about July 9, 2024. (Exhibit 1, at ¶ 3 - 8).

5. According to the Complaint, Plaintiff resolved her claim against the alleged underinsured motorist for the available bodily injury liability limit of $15,000.00 (Exhibit 1, at ¶ 7,8).

6. Plaintiff also alleges that, at the time of the July 9, 2024 accident, she was insured by a policy of insurance issued by Defendant, policy number X6179450, which provides underinsured motorist coverage up to $50,000.00. (Exhibit 1, at ¶ 10 -12).

---

[1]Plaintiff's Complaint incorrectly identifies the Defendant as Safeco Insurance.  The Policy Declarations for the applicable insurance policy is attached and marked as Exhibit 2 and confirms that the policy was provided and underwritten by American States Insurance Company.  Therefore, American States Insurance Company is the correct Defendant.

7. Plaintiff's Complaint contains three causes of action: Count I (Breach of Contract), which seeks damages in excess of $50,000.00; Count II (Bad Faith), which seeks compensatory, consequential and punitive damages, as well as attorney's fees, in an amount in excess of $50,000.00; and Count III (Unfair Trade Practices and Consumer Protection Law), which seeks treble damages, attorney's fees, costs and other relief in excess of $50,000.00. (Exhibit 1).

8. Based upon Plaintiff's allegations and requests for damages, the amount in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs and interest.

9. As such, this Honorable Court has jurisdiction pursuant to the provisions of 28 U.S.C. §1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

10. The present lawsuit is accordingly removable from the state court to this Honorable Court pursuant to 28 U.S.C. §§ 1441 and 1446.

11. This Notice of Removal has been filed within thirty (30) days after receipt by Defendant of the Complaint in accordance with 28 U.S.C. §1446(b).

12. Written notice of the filing of this Notice of Removal has been given to the adverse party in accordance with 28 U.S.C. §1446(d) and as noted in the attached Certificate of Service.

LEGAL/176027172.1

13.  Promptly after filing with this Honorable Court, and with the assignment of a Civil Action Number, a copy of this Notice of Removal will be filed with the Court of Common Pleas of Philadelphia County, Pennsylvania in accordance with 28 U.S.C. §1446(d).

WHEREFORE, Defendant, American States Insurance Company, hereby removes this action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted:

Robert E. Smith, Esquire
Marshall Dennehey, P.C.
Attorney I.D. No. 69699
P.O. Box 3118
Scranton, PA  18505-3118
(570) 496-4654
resmith@mdwcg.com

# IN THE UNITED STATES COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NILSA LEON,                                  : CIVIL ACTION
                                             :
        Plaintiff            : No: _____
   v.                                        :
                                             :
SAFECO INSURANCE,                            :
                                             :
        Defendant            :

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Respectfully submitted:

Robert E. Smith, Esquire
Marshall Dennehey, P.C.
Attorney I.D. No. 69699
P.O. Box 3118
Scranton, PA  18505-3118
(570) 496-4654
resmith@mdwcg.com

LEGAL/176027172.1

**IN THE UNITED STATES COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NILSA LEON,                                    : CIVIL ACTION
                                               :
                        Plaintiff              : No: _____
                                               :
v.                                             :
                                               :
SAFECO INSURANCE,                              :
                                               :
                        Defendant              :

## CERTIFICATE OF SERVICE

I, Robert E. Smith, Esquire, hereby certify that on April 24, 2026, I served a true and correct copy of a Notice of Removal, Case Management Track, Disclosure Statement, Civil Cover Sheet and Designation Form with Exhibits and Certificates of Compliance and Service, via electronic mail, upon the following:

Yekaterina Koelsch, Esquire
Kwartler Manus, LLC
1429 Walnut St, 14th Floor
Philadelphia, PA  19102
kkoelsch@kmfirm.com

Respectfully submitted:

Robert E. Smith, Esquire
Marshall Dennehey, P.C.
Attorney I.D. No. 69699
P.O. Box 3118
Scranton, PA  18505-3118
(570) 496-4654
resmith@mdwcg.com

LEGAL/176027172.1