**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NILSA LEON,                          :
          Plaintiff,                :
                         :
          v.                        :     Civil No.: 26-cv-02709-JMG
                         :
SAFECO INSURANCE,                    :
          Defendant.                :

**ORDER**

**AND NOW**, this 1st day of June, 2026, upon consideration of Defendant's Motion to Dismiss Counts II and III of Plaintiff's Complaint and to Strike Certain Allegations with Respect to Count I (ECF No. 7), Plaintiff's Reply Defendant's Motion to Dismiss Counts II And III of Plaintiff's Complaint and to Strike Certain Allegations with Respect to Count I (ECF No. 11), Reply Brief in Support of Defendant's Motions to Dismiss (ECF No. 16), and Plaintiff, Nilsa Leon's, Reply to Defendant's Reply to Defendant's Motion to Dismiss Counts II And III of Plaintiff's Complaint and to Strike Certain Allegations with Respect to Count I (ECF No. 17), **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 7) is **GRANTED in part**.

     **IT IS FURTHER ORDERED** as follows:

1.     Count II of the Complaint (ECF No. 1-4) is **DISMISSED without prejudice**.

2.     Count III of the Complaint (ECF No. 1-4) is **DISMISSED without prejudice**.

3.     Plaintiff's request for damages in excess of $50,000 with respect to Count I of the Complaint (ECF No. 1-4) is **DISMISSED without prejudice**.

4.     Defendant's motion to strike Paragraphs 15, 16, and 17 of the Complaint (ECF No. 1-4) is **DENIED**.

5. Plaintiff is **GRANTED** leave to file an amended complaint by no later than **June 15, 2026**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge